AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

ANTHONY LEO WEDGE JR.
PDID: 573-082
DOB: 01/05/78

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**FILED**
APR 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 05-221 M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __APRIL 25, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded Smith and Wesson .40 caliber semi-automatic handgun and ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)__.

I further state that I am __OFFICER ELLEN BADER__ and that this complaint is based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes  ☐ No

Signature of Complainant
OFC ELLEN BADER
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

APR 2 6 2005
Date
Deborah A. Robinson
U.S. Magistrate Judge
Name & Title of Judicial Officer

at Washington, D.C.
City and State

Signature of Judicial Officer