UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES OF AMERICA   :

VS.                        :   05-221 (DAR)

ANTHONY LEO WEDGE, JR.     :

NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Jane Carol Norman, Esquire, Bond & Norman, PLLC, as counsel for the defendant Anthony Leo Wedge, Jr.

Respectfully Submitted,

_____
Jane Carol Norman, #384030
Bond & Norman, PLLC
700 5th St. N.W. #200
Washington, DC 20001
202-682-4100
Fax: 202-638-1461

Counsel for the Defendant
Anthony Leo Wedge, Jr.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2005, a copy of the foregoing was sent via electronic transmission to: Counsel of Record, Office of the United States Attorney, 555 4th Street, N.W., Washington, DC 20001.

_____
Jane Carol Norman