UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-193(ESH) |
| | : | |
| **ANTHONY WEDGE,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Defendant's Motion for Modification of Conditions of Release is hereby DENIED.

IT IS SO ORDERED.

Date:_____

_____
The Honorable Ellen S. Huvelle
United States District Judge