IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

UNITED STATES OF AMERICA    :

Vs.                          :  Cr. 193-05 (ESH)

ANTHONY WEDGE             :

**FILED**

JUN 0 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Having fully considered the defendant Anthony Wedge's Motion for

Modification of Conditions of Release, and any opposition thereto, it is hereby

ORDERED, on this _3_ day of June, 2005, that the motion be and hereby is ~~Denied~~

~~GRANTED, and that Mr. Wedge be released on today's date. It is further ordered~~

~~that he be on personal recognizance for three weeks with the condition that he~~

~~live with his mother, Patricia Wedge, and that he have a reasonable curfew~~

~~imposed by Pretrial Services. It is further ordered that at the end of three weeks~~

~~he be placed into the Pretrial Services most intensive supervision program with~~

~~electronic home monitoring.~~

_____
Judge Ellen S. Huvelle

Cc:

Jane Carol Norman
Bond & Norman PLLC
700 5th St. N.W. #200
Washington, DC 20001

AUSA Wanda J. Dixon
Office of the US Attorney
555 4th St. N.W.
Washington, DC 20001