UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES OF AMERICA   :

Vs.                        :   Cr. 193-05 (ESH)

ANTHONY WEDGE             :

### REQUEST FOR 404(b) INFORMATION

Comes now the defendant, Anthony Wedge, through counsel, and requests all "other acts" information pursuant to Rule 404(b) of the Federal Rules of Evidence. The defendant requests this information sufficiently in advance of trial to prepare his defense and/or to move to exclude said acts.

Respectfully Submitted,

_____
Jane Carol Norman, #384030
Bond & Norman PLLC
700 5th St. N.W. #200
Washington, DC 20001
(202) 682-4100
Counsel for Anthony Wedge

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2005, a copy of the foregoing was sent via electronic mail to: AUSA Wanda Dixon, Office of the United States Attorney, 555 4th St. N.W. #200, Washington, DC 20001.

_____
Jane Carol Norman