UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES OF AMERICA   :

Vs.                        :   Cr. 193-05 (ESH)

ANTHONY WEDGE             :

ORDER

Having fully considered the defendant's Motion to Suppress Evidence, and the Government's Opposition thereto, it is hereby ORDERED, on this _____ day of _____ 2005 that the motion be and hereby is GRANTED, and that all evidence in this case be suppressed.

_____
ELLEN S. HUVELLE
United States District Judge