UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Criminal No.: 05-193(ESH) |
| | : | |
| **ANTHONY WEDGE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Having considered the Defendant's Motion to Supress and the Government's Opposition thereto along with any other relevant information, the Defendant's motion is hereby DENIED.

IT IS SO ORDERED.


Date:_____         _____
                               The Honorable Ellen S. Huvelle
                               United States District Judge