UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-193(ESH) |
| | : | |
| **ANTHONY WEDGE,** | : | |
| | : | |
| **Defendant.** | : | |

MOTION FOR LEAVE TO FILE GOVERNMENT'S RESPONSE TO
DEFENSE MOTION TO EXCLUDE STATEMENTS AND EVIDENCE OF OTHER CRIMES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves pursuant to F.R. Crim. P. 45 (b)(1)(A) for an enlargement of time, up to and including July 7, 2005 to late file the attached response to the defense motion to exclude statements and evidence of other crimes. As grounds for this request, the United States now says:

1. Due to a heavy caseload and other assignments, the Assistant United States Attorney to whom this case is assigned was unable to file a timely response to defendant's motion. The response to the Defendant's Motion to Suppress Evidence was timely prepared and filed, however, the response to the Motion to Exclude Statements made by someone other than the defendant took longer to prepare than anticipated, and the undersigned was unable to prepare and file the motion on yesterday, July 6, 2005, the date the response was due.

2. The defendant will not be prejudiced by the granting of the motion to late file, as it will be filed only one day after the government's response was originally due.

WHEREFORE, for the reasons stated above, the United States respectfully moves for an enlargement of time to file its Opposition to the Defendant's motions up to and including July 7, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
WANDA J. DIXON
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, NW
ROOM 4235
WASHINGTON, DC 20530
202-514-6997