## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-193(ESH) |
| | : | |
| **ANTHONY WEDGE,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Based on the Government's Motion for leave to file and the reasons states therein, the Government's motion is hereby GRANTED

IT IS SO ORDERED.

Date:_____  _____

The Honorable Ellen S. Huvelle
United States District Judge