UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-193(ESH) |
| | : | |
| **ANTHONY WEDGE,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Having considered the Defendant's Motion in Limine to Exclude Statements and the Government's Opposition thereto along with any other relevant information, the Defendant's motion is hereby DENIED.

IT IS SO ORDERED.

Date:_____          _____
The Honorable Ellen S. Huvelle
United States District Judge