UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED
JUL 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No.: 05-193(ESH) |
| ANTHONY WEDGE, | : |
| Defendant. | : |

### ORDER

Based on the Government's Motion for leave to file and the reasons states therein, the Government's motion is hereby GRANTED

IT IS SO ORDERED.

Date: 7/11/05

　　　　　　　　　　　　　　　　　　　　Ellen S. Huvelle
　　　　　　　　　　　　　　　　　　　　The Honorable Ellen S. Huvelle
　　　　　　　　　　　　　　　　　　　　United States District Judge