UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*AMENDED*
## RELEASE ORDER
(Work Release or Electronic Monitoring Program)

UNITED STATES OF AMERICA

vs.

ANTHONY LEO WEDGE, JR.

Case No. 05-193

Defendant's Name _____ Defendant's Address _____ Phone No. _____

YOU ARE HEREBY RELEASED TO THE THIRD PARTY CUSTODY OF THE DEPARTMENT OF CORRECTIONS FOR PLACEMENT IN THE FOLLOWING PROGRAM:

☐ WORK RELEASE/D.C. JAIL     ☑ WORK RELEASE/HALFWAY HOUSE     ☐ OPERATION PROGRESS
(Electronic Monitoring)

YOUR RELEASE IS CONDITIONED UPON COMPLYING WITH ALL REGULATIONS AND PROGRAM REQUIREMENTS OF THE WORK RELEASE/ELECTRONIC MONITORING PROGRAM, IN ADDITION TO THE GENERAL TERMS & CONDITIONS LISTED ON THE REVERSE SIDE AND ANY OF THE FOLLOWING CONDITIONS IMPOSED BY THE COURT:

☐ NO SOCIAL PASSES         ☐ STAY AWAY ORDER: _____

**FILED**
**JUL 21 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☒ CURFEW IMPOSED: 9:00 PM TO 6:30 AM

☒ OTHER CONDITIONS: MAINTAIN EMPLOYMENT AND DRUG TEST AT HALFWAY HOUSE AND AT PRETRIAL SERVICES (442-1000) ONCE A WEEK

**YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE**

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

THE D.C. DEPARTMENT OF CORRECTIONS IS DIRECTED TO NOTIFY THE COURT IMMEDIATELY BY FAX OF DEFENDANT'S ESCAPE OR REMAND TO THE D.C. JAIL. THIS NOTIFICATION SHOULD BE FAXED TO THE ATTENTION OF THE CRIMINAL CLERK'S OFFICE (FAX # 535-0320) & WILL BE FORWARDED TO THE APPROPRIATE JUDICIAL OFFICER.

**NEXT DUE BACK**: on 10-14-05 in Courtroom 18 at 11:00 (a.m.)/p.m.) in the U.S. District Courthouse, 3rd & Constitution Ave., N.W., Washington, D.C., or when notified; and you must appear at all subsequent dates.

YOUR ATTORNEY: JANE NORMAN
address: _____
phone no: (202) 682-4100

DEFENDANT'S SIGNATURE: Anthony Leo Wedge Jr.

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required.

WITNESSED BY: Kimberly E. Foy _____ (title or agency)

WHITE     - TO COURT PAPERS
BLUE      - TO D.C. DEPT./CORRECTIONS
GREEN     - TO D.C. PRETRIAL SERVICES
CANARY    - TO DEFENSE ATTORNEY
PINK      - TO U.S. ATTORNEY
GOLDENROD - TO DEFENDANT

SO ORDERED: Ellen S. Huvelle
DATE: 7/21/05
(Signature of Judge)