IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

UNITED STATES OF AMERICA     :

Vs.                          :  Cr. 193-05 (ESH)

ANTHONY WEDGE                :


CONSENT MOTION FOR MODIFICATION OF
CONDITIONS OF RELEASE

Comes now the defendant, Anthony Wedge, by and through counsel, and moves that his conditions of release be modified so that his curfew be extended based upon the following:

1. Anthony Wedge is currently in a half-way house. His curfew is from 6:00 a.m. until 9:00 a.m.

2. Mr. Wedge's case manager, David Edwards, has secured a job for Mr. Wedge both at the Stadium and the MCI Center on event nights at $9.00 and $10.00 per hour, higher wages than what Mr. Wedge is currently receiving.

3. However, Mr. Wedge needs to have his curfew modified to 11:00 p.m. on event nights.

4. Mr. Edwards advises that he has the schedules for the event nights one week in advance.

5. Mr. Wedge will be selling food at the events.

6. Undersigned counsel has spoken with AUSA Wanda Dixon and she does not have any objection to the order as long as the extension is for event nights only.

7. Mr. Edwards needs to have the modified extension faxed to him at (202) 232-3716. His telephone number at the half-way house is (202) 232-1932.

WHEREFORE, it is respectfully requested that this motion be granted and that Mr. Wedge's conditions of release be modified to state that his curfew be extended to 11:00 p.m. on Stadium and MCI event nights.

Respectfully Submitted,

Jane Carol Norman, #384030
Bond & Norman PLLC
700 5th St. N.W. #200
Washington, DC 20001
(202) 682-4100

Counsel for Anthony Wedge

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Wedge has done remarkably well in the half-way house. He has shown that he can abide by this Court's rules. He is ambitious and want to further himself with higher paying jobs. His case manager, Mr. Edwards, advises that

Mr. Wedge is in demand for these jobs. Moreover, government counsel gives her consent.

WHEREFORE, it is respectfully submitted that his bond review motion be granted.

Respectfully Submitted,

Jane Carol Norman

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2005, a copy of the foregoing was sent by electronic means to: AUSA Wanda J. Dixon, Office of the United States Attorney, 555 4th Street, N.W., Washington, DC 20001, at Wanda.dixon@USdoj.Gov.

Jane Carol Norman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

UNITED STATES OF AMERICA    :

Vs.                         : Cr. 193-05 (ESH)

ANTHONY WEDGE               :

ORDER

Having fully considered the defendant Anthony Wedge's Consent Motion for Modification of Conditions of Release, and there being no opposition thereto, it is hereby ORDERED, on this _____ day of August, 2005, that the motion be and hereby is GRANTED, and that Mr. Wedge's curfew shall be extended to 11:00 p.m. on Stadium and MCI Center event nights only.

_____
Judge Ellen S. Huvelle

Cc:

Jane Carol Norman
Bond & Norman PLLC
700 5th St. N.W. #200
Washington, DC 20001

AUSA Wanda J. Dixon
Office of the US Attorney
555 4th St. N.W.
Washington, DC 20001

Mr. David Edwards, Case Manager
E.F.E.C. House
1514 8th Street, N.W.
Washington, DC 20001
Via: Facsimile: (202) 232-3716