IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

UNITED STATES OF AMERICA    :

Vs.                         :   Cr. 193-05 (ESH)

ANTHONY WEDGE              :

**FILED**

AUG 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Having fully considered the defendant Anthony Wedge's Consent Motion for Modification of Conditions of Release, and there being no opposition thereto, it is hereby ORDERED, on this 29 day of August, 2005, that the motion be and hereby is GRANTED, and that Mr. Wedge's curfew shall be extended to 11:00 p.m. on Stadium and MCI Center event nights only.

_____
Judge Ellen S. Huvelle

Cc:

Jane Carol Norman
Bond & Norman PLLC
700 5th St. N.W. #200
Washington, DC 20001

AUSA Wanda J. Dixon
Office of the US Attorney
555 4th St. N.W.
Washington, DC 20001

Mr. David Edwards, Case Manager
E.F.E.C. House
1514 8th Street, N.W.
Washington, DC 20001
Via: Facsimile: (202) 232-3716

4