UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 30 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. ) DOCKET NO.: 05-193-01
)
Anthony Leo Wedge, Jr. )

## ORDER

The Presentence Report in the above-captioned case has been completed by the U.S. Probation Officer. The probation officer has reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" has not been executed by the counsel for the defendant.

Accordingly, it is by the Court, this 30 day of September, 2005

**ORDERED**, that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

9/30/05
DATE