UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES OF AMERICA    :

VS.    : Cr. 05-180 (ESH)

ANTHONY LEO WEDGE, JR.    :

MOTION TO EXTEND TIME TO RETURN
PRESENTENCE ACKNOWLEDGEMENT FORM

Comes now the defendant, Anthony Leo Wedge, Jr., by and through counsel, and moves to extend time to return the pre-sentence acknowledgement form based upon the following:

1. Defendant Anthony Wedge is being held in a Halfway House.

2. Counsel for Mr. Wedge has been in trial in the United States District Court for the District of Maryland in Greenbelt, Maryland from September 13-29 2005.

3. On September 30, 2005, the day after her trial ended, counsel attempted to see Mr. Wedge but his case manager refused to release him. Counsel therefore faxed him the pre-sentence report and fully discussed the report with him on the phone.

4. Based upon this review and discussion with her client, counsel faxed Mr. Neal, the probation officer, objections and stated that Mr. Wedge had reviewed the report, had no additional objections, and would sign the acknowledgement form when able.

1

5. Counsel started another trial on October 4, 2005 in D.C. Superior Court, and has received the Court's order stating that the acknowledgement form must be signed by October 5th.

6. On the morning of October 5, 2005, counsel called Mr. Edwards, Mr. Wedge's case manager, and advised that she had a court order to have Mr. Wedge sign the acknowledgement form by today's date. Mr. Edwards again said Mr. Wedge could not be released because he had school and work, but if I faxed the form he would have him sign it when he came back from school at 1:00 p.m. and then fax it back. I faxed the form to him for Anthony to sign before leaving for trial.

7. I have just returned from my trial, at the end of the day, and the form has not been faxed back.

8. The signing of the form is a mere technicality as Mr. Wedge has in fact already reviewed the pre-sentence report and discussed it with me and we have sent our objections to Mr. Neal. Mr. Neal was advised of all of this by fax on September 30, 2005.

9. I don't know exactly when I will be able to get Mr. Wedge to sign this form because of the difficulties with the half way house refusing to let him see me, and not giving him by fax.

WHEREFORE, it is respectfully requested that the time for having the form signed be extended from October 5, 2005 until October 10, 2005.

Respectfully Submitted,

*[signature]*

Jane Carol Norman, #384030
Bond & Norman PLLC
700 5th Street, N.W.
Washington, DC 20001
(202) 682-4100
Fax: (202) 638-1461

Counsel for Anthony Wedge, Jr.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2005, a copy of the foregoing was sent via electronic transmission to: AUSA Wanda Dixon, Office of the United States Attorney, 555 4th Street, N.W., Washington, DC 20001.

*[signature]*

Jane Carol Norman

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES OF AMERICA   :

VS.                        : Cr. 05-180 (ESH)

ANTHONY LEO WEDGE, JR.     :

ORDER

Having fully considered Defendant's Motion to Extend Time, it is hereby

ORDERED, on this ____day of October, 2005, that the motion be and hereby

is GRANTED, and that the time for returning the Presentence

Acknowledgement Form be extended until October 10, 2005.

_____
Judge Ellen S. Huvelle

Cc: Jane Carol Norman, Esquire
    700 5th St. N.W. #200
    Washington, DC 20001

    AUSA Wanda Dixon
    Office of the United States Attorney
    555 4th Street, N.W.
    Washington, DC 20001

    George Neal, Jr.
    U.S. Probation
    United States Courthouse
    333 Constitution Ave. N.W.
    Washington, DC 20001