UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES OF AMERICA   :   05-193

VS.   : Cr. 05-~~190~~ (ESH)

ANTHONY LEO WEDGE, JR.   :

**FILED**

OCT 0 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Having fully considered Defendant's Motion to Extend Time, it is hereby

ORDERED, on this _6_ day of October, 2005, that the motion be and hereby

is GRANTED, and that the time for returning the Presentence

Acknowledgement Form be extended until October 10, 2005.

*Ellen S. Huvelle*
Judge Ellen S. Huvelle

Cc: Jane Carol Norman, Esquire
700 5th St. N.W. #200
Washington, DC 20001

AUSA Wanda Dixon
Office of the United States Attorney
555 4th Street, N.W.
Washington, DC 20001

George Neal, Jr.
U.S. Probation
United States Courthouse
333 Constitution Ave. N.W.
Washington, DC 20001