UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES OF AMERICA   :

VS.                                          : Cr. 05-180 (ESH)

ANTHONY LEO WEDGE, JR.        :

## MEMORANDUM IN AID OF SENTENCING

Comes now the defendant, Anthony Leo Wedge, Jr., by and through counsel, files the following Memorandum in Aid of Sentencing:

Mr. Wedge would like to bring the following items to the Court's attention:

1. Mr. Wedge currently works at Giant Food in Bethesda as a food clerk. According to a letter received from his supervisor, he has a good relationship with his employer. (Exhibit 1).

2. Mr. Wedge is enrolled at the Excel institute learning auto mechanics. According to the letter received, he has been progressing at an impressive rate. His expected date of completion is March 2007. (Exhibit 2)

3. Mr. Wedge  has strong family support. I attach a letter from his mother, Patricia Wedge (Exhibit 3) and his brother Mr. Leonard. (Exhibit 4)

4. Since being released to the half way house, Mr. Wedge has been in compliance with conditions of release. (Or he would have been sent back to the jail)

5. Mr. Wedge has accepted responsibility for the offense.

6. Completing the Excel program and continuing to work at Giant can be made conditions of probation for Mr. Wedge. Indeed, there is a possibility that once Mr. Wedge graduates from the Excel program he can work on Giant's trucks and vehicles.

In view of the above, it is respectfully requested that Mr. Wedge receive probation due to the extraordinary effort that he has made to better his life while pending sentencing, and the incredible potential that he has shown. Interrupting his education and work would be a complete waste. He would go to prison and possibly not ever get this opportunity to enroll in Excel again. In fact, this is apparently the last class wherein tuition is provided at no cost to the student.

WHEREFORE, it is respectfully requested that Mr. Wedge be given probation. In the alternative, it is requested that some downward departure be made from the guidelines in view of his clear effort to better himself.

Respectfully Submitted,

Jane Carol Norman, #384030
Bond & Norman PLLC
700 5th Street, N.W.
Washington, DC 20001
(202) 682-4100
Fax: (202) 638-1461

Counsel for Anthony Wedge, Jr.

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October, 2005, a copy of the

foregoing was sent via electronic transmission to: AUSA Wanda Dixon, Office of

the United States Attorney, 555 4th Street, N.W., Washington, DC 20001.

Jane Carol Norman

3

10-13-05

To: JANE NORMAN

FROM: GIANT FOOD, INC.
5400 WESTBARD AVE.
BETHESDA, MD. 20816
(301) 652-1484

Re: Anthony Wedge, Jr.
SS# 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

Mr. Wedge has been employed here at this
location since September 15, 2005 as a food
clerk. He works from 16-22 hours a
week doing work in either the produce
or dairy departments. We have an interest
in possibly moving him to the grocery
night crew, but due to his curfew it
cannot happen at this time. So far
it has been a good relationship, and
I hope that it will continue.

Sincerely,

George Fleming

EX. 1



the **Excel** institute



**BOARD OF TRUSTEES**

**Chairman**
**John W. Lyon**
Chairman Emeritus
PMi Parking Inc.

**Members**

**George Starke**
Founder/CEO
The Excel Institute

**Robert Jones**
Secretary/Treasurer
★ ★ ★ ★ ★ ★ ★ ★ ★ ★

**BOARD OF ADVISORS**

**Honorary Chair**
**The Honorable**
**Eleanor Holmes Norton**
United States Congress

**Chairman**
**Daniel M. Jacobs**
Chairman and CEO
The Federal Market Group

**General Counsel**
**Geoffrey Gitner, Esq.**
Of Counsel
Blank Rome

**Members**

**Frank Anderson**
President
Defense Acquisition University

**George M. Berra**
Vice President
The Kennedy Center

**Sam Foster**
Manager
The 600 Restaurant

**Dr. Ivan King**
Staff Associate
National Science Foundation

**Benjamin Medley**
President
DynCorp Technical Services

**Harry H. Nick**
Managing Member
Seneca Investment Group

**Marcus Robinson**
Technical Instructor
The Excel Institute

**Bonnie T. Ross**
Partner
Thompson Ross Associates

October 11, 2005

Jane Carol Norman
Litigation Attorney
700 Fifth Street, NW
Suite 200
Washington, DC 20001

Dear Ms Norman:

Thank you very much for your interest in Mr. Anthony Wedge. I am pleased to inform you that Mr. Wedge has been a full time student at the Excel Institute since September 2005. His expected date of completion is March 2007.

As you might be aware, the Excel Institute is a Washington, D. C. – based post-secondary educational institute specializing in automotive technology, with a unique purpose of serving at-risk youths and adults who have 'fallen though the cracks' in the system. At Excel, we teach and train students for high demand, training, life management and job placement skills as part of a comprehensive workforce development program.

Mr. Wedge is progressing at an impressive rate. His attendance has been consistent, and I'm pleased to inform you that after talking with Mr. Wedge's instructor, we expect Mr. Wedge to be successful.

If you have any further questions about Mr. Wedge's progress, I would be happy to assist in any way possible. Please do not hesitate to call me at (202) 387-1550, or via email at lwinston@theexcelinstitute.org.

Sincerely,

L. Winston
Recruiter
The Excel Institute

Ex. 2

October 2, 2005

Patricia Wedge
2611 Boones Ln
District Heights, MD 20747

The Honorable Ellen Segal-Huvelle
333 Consitution Avenue, NW
Washington, DC 20001-2866

Judge Segal-Huvelle,

I am writing to you in behalf of my son Anthony Wedge Jr., who will be appearing
before you October 14, 2005.  First I would like to talk briefly about Anthony's character.
He is not a violent person and does have self-control  He is responsible but has made
some bad decision from which he has learned a lot.  In 2003 Anthony completed a long-
term residential substance abuse treatment program at Warwick Manor Behavioral Health
Inc. He completed all phases of the program successfully (I have attached some of his
certificates).  Anthony is now attending Excell Institute which is an 18 month to 2 years
automobile training program with job placement upon completion.  He attend's class
Monday thru Friday from 8:45am to 1:30pm from which he goes on to work at the Giant
Foods warehouse.   Your honor in the past Anthony didn't have any positive outcome on
a productive future as he does now.  I am asking that you give my son this last chance to
take control of his life as true responsible adult.

Thank you
Sincerely,

Patricia A. Wedge
(301)516-7436
(202) 356-1012
ext.23122

Ex. 3



# 12-STEP TREATMENT

This certificate is awarded to

Anthony Wedge

WMBH/CTC

Signature

Signature

Date 3/30/03

Date 3/30/03



# Name of Recipient

## Anthony Wedge

---

Certificate of successful completion of the Transitional House Phase.

Signature _~~~~~~~_     6/28/03
Signature                    Date

Signature _Steve Tonitton BS, CAC-9D_     6/28/03
Signature                    Date

**WMBH/CTC**

Dear Judge Hellueve,

Hello, my name is Octavia Leonard. I am writing you on the behalf of my brother Anthony Wedge and the kind of person he is to me. Anthony is a very loving person. He is hard working and just like everyone he has made mistakes in life. Right now, that is besides the point of me writing this letter to you.

Your honor, right now my brother is doing very well. Anthony is attending the Excel Institute for cars, where he is learning more about repairing vehicles such as cars, vans and all kinds of trucks. His main goal at the Excel Institute is to become a certified Master Technician. With that degree Anthony can go about building with Giant Food Warehouse where he works after school.

Judge Hellueve, I believe my brother can grow from his accomplishments at the Excel Institute. I believe he will and can do what he is supposed to do as a grown adult. I ask and plead that you give Anthony another chance to do what he is supposed to do.

Thank you,

Octavia Leonard

Ex. 4