UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-193 (ESH)** |
| | : | |
| **ANTHONY WEDGE,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION REGARDING
DEFENDANT'S ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court pursuant to § 3E1.1 of the Sentencing Guidelines and paragraph 11 of the plea agreement between the United States and the defendant, to adjust the defendants' offense level down an additional level from the two levels given for acceptance of responsibility, for a total of three levels, reflecting the defendant's early plea of guilty in this matter.

As grounds for this motion the government cites the defendant's decision to enter a plea of guilty in this matter. The defendant made that determination early in the course of this litigation. As a consequence the resources of this Court, the United States Attorneys Office and the Metropolitan Police Department were conserved. The United States and the Metropolitan Police Department did not have to expend time, energy and resources in preparing for a trial in this matter and court time was preserved as well.

**WHEREFORE** we respectfully submit that pursuant to § 3E1.1(b) of the Sentencing Guidelines, it is appropriate in this case to reduce defendant's offense level by one additional level for a total reduction of 3 levels reflecting his early entry of a plea of guilty in this matter.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____

WANDA J. DIXON
Assistant United States Attorney
555 Fourth Street, N.W.,  Fourth Floor
Washington, D.C. 20530
(202) 514-6997