CR 05-193

Let this be filed 10/14/05 ESH

03 October 2005

**FILED**

OCT 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Honorable Ellen Segal-Huvelle,
333 Constitution Avenue, NW
Washington, DC 20001-2866

Judge Segal-Huvelle,

I am writing you in behalf of my son Anthony Wedge Jr., who will be appearing before you October 14, 2005. First I would like to talk briefly about Anthony's character. He is not a violent person and does have self-control. He has made some bad decisions from which he has learned a great deal. In 2003 Anthony completed a long-term residential substance abuse treatment program at Warwick Manor Behavioral Health Inc. He completed all phases of the program successfully (I have attached some of his certificates). Anthony is now attending Excel Institute, which is an 18 month – 2 years automobile training program with job placement upon completion. He attends class Monday thru Friday from 8:45am to 1:30pm from there he goes on to work at the Giant Foods Warehouse. Your honor in the past Anthony didn't have any positive outcome on a productive future as he does now. I am asking that you give my son this last chance to take control of his life and become a responsible part of our society.

Thank you
Sincerely,

Patricia A. Wedge