03 October 2005

The Honorable Ellen Segal-Huvelle,
333 Constitution Avenue, NW
Washington, DC 20001-2866

Judge Segal-Huvelle,

I am writing you in behalf of my son Anthony Wedge Jr., who will be appearing before you October 14, 2005. First I would like to talk briefly about Anthony's character. He is not a violent person and does have self-control. He has made some bad decisions from which he has learned a great deal. In 2003 Anthony completed a long-term residential substance abuse treatment program at Warwick Manor Behavioral Health Inc. He completed all phases of the program successfully (I have attached some of his certificates). Anthony is now attending Excel Institute, which is an 18 month – 2 years automobile training program with job placement upon completion. He attends class Monday thru Friday from 8:45am to 1:30pm from there he goes on to work at the Giant Foods Warehouse. Your honor in the past Anthony didn't have any positive outcome on a productive future as he does now. I am asking that you give my son this last chance to take control of his life and become a responsible part of our society.

Thank you
Sincerely,
Patricia A. Wedge

# 12-STEP TREATMENT

This certificate is awarded to

Anthony Wedge

WMBH/CTC

Signature: [signed] Date: 3/30/03

Signature: [signed] Lee Lewellen BS, VATA Date: 3/30/03

# Transitional House

WMBH/CTC

**Name of Recipient**

**Anthony Wedge**

Certificate of successful completion of the Transitional House Phase.

_signature_  6/29/03
Signature                                    Date

_signature_ Lewisohn, BS, CAC-AD  6/29/03
Signature                                    Date



WMBH/CTC

DIPLOMA FOR: ANTHONY WEDGE

# Successful Completion of WMBH/CTC Program



In recognition of excellence for the successful completion of WMBH/CTC long-term, intensive therapeutic community treatment program, including both residential and transitional phases.

DIPLOMA FOR:
ANTHONY WEDGE


WMBH/CTC