HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 05-193-01 |
| vs. | : | |
| Anthony Leo Wedge, Jr. | : | Disclosure Date: September 9, 2005 |

**FILED**
OCT 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    __10-14-05__
Prosecuting Attorney                Date

### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

X _Anthony Leo Wedge_ 10/7/05    _____ 10/05/05
Defendant                 Date         Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Friday, September 23, 2005**, to U.S. Probation Officer **George Neal, Jr.**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

2005 OCT -7  P 4:59

RECEIVED

U.S. PROBATION OFFICE
E. BARRETT PRETTYMAN
DISTRICT OF COLUMBIA

10-7-05
pg

**BOND & NORMAN**
A Professional Limited Liability Company
700 Fifth Street, N.W., Suite 200
Washington, D.C. 20001
(202) 682-4100
Facsimile: (202) 638-1461

Ferris R. Bond (D.C. & Va.)
Jane Carol Norman (D.C., Md. & Ca.)

September 30, 2005

VIA: FACSIMILE

Mr. George Neal, Jr.
United States District Court for the
District of Columbia
333 Constitution Ave. NW.
Washington, DC 20001

    Re: United States vs. Anthony Wedge, No 05-193

Dear Mr. Neal,

Please note the following objections to the pre-sentence report:

Paragraphs 25 & 26: Mr. Wedge appears to have been arrested on the same date in the same place and therefore should not receive multiple points for two different offenses. Rather, he should receive only one point for the gun offense.

Therefore, Mr. Wedge should be a Criminal History Category III.

In the alternative, he should not also receive one point for the gun possession, although this would not alter his Criminal History Score. It is our position that he should get only the one point for the gun rather than the three points for the drug offense.

Paragraph 59: Mr. Wedge is in fact eligible for probation as the Federal Sentencing Guidelines are only advisory.

Mr. Wedge has reviewed the presentence report and has no objection to the rest of the report. I will have him sign the acknowledgement as soon as I am able to see him in person.

Sincerely,

Jane Carol Norman

Cc: AUSA Wanda Dixon